MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

SEP 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-0175 CKD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT |
| v. | |
| ROZARRI VERION YOUNG, | |
| Defendants. | |

The government's motion to unseal the above-referenced case, keep the original criminal complaint with references to the personal and private information of the alleged victims and a potential witness sealed, and file a redacted copy of the criminal complaint on the public docket is GRANTED. The United States shall allow defense counsel to review an un-redacted copy of the criminal complaint.

Dated: September 28, 2018

_____
ALLISON CLAIRE
United States Magistrate Judge