

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
SEP 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:18-MJ-0175-CKD |
| ROZARRI VERION YOUNG | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 4, 2017__ in the county of __Sutter__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(b) | Interstate Transmission of Threat to Injure With Intent to Extort Money and Title |
| 18 U.S.C. § 875(c) | Interstate Transmission of Threat to Injury |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
Complainant's signature

Andrew D. Forristel, Special Agent FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/12/2018

_____
Judge's signature

City and state: Sacramento, California    Carolyn K. Delaney, U.S. Magistrate Judge
Printed name and title

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO, CALIFORNIA

**AFFIDAVIT IN SUPPORT OF ARREST WARRANT**

I, Andrew D. Forristel, being first duly sworn, hereby depose and state as follows:

1. I have been a Special Agent with the Federal Bureau of Investigation (the "FBI") since 2003. I am currently assigned to the Sacramento Division, Chico Resident Agency. Some of my investigative responsibilities include investigation and prosecution of violent crimes, child abductions, kidnappings, murders, bank robberies, drug trafficking and manufacturing, firearms violations, and fugitive matters. I also investigate the sexual exploitation of children through extortion, prostitution, and the production of child pornography.

2. I have received specific training on how to investigate child exploitation matters, and I have specific experience investigating kidnapping incidents involving both adults and juveniles. I have also participated or assisted in several attempted child abduction investigations, as well as numerous child pornography cases.

3. I am currently conducting a criminal investigation regarding the violations of Title 18 U.S.C. § 875(b), Extortion, and Title 18 U.S.C. § 875(c), Interstate Transmission of a Threat to Injure.

4. The statements in this affidavit are based, in part, on information provided to me by other law enforcement officers, police reports, other FBI agents, and of my own investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of 18 U.S.C. § 875(b) and 18 U.S.C. § 875(c).

//

//

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of:

   a. Title 18 U.S.C. § 875(b), which prohibits, with the intent to extort from any person any money, the transmission in interstate commerce of any communication containing any threat to kidnap any person or any threat to injure the person of another,

   b. 18 U.S.C. § 875(c), which prohibits the transmission in interstate commerce of any communication which contains any threat to injure a person.

## BACKGROUND ON THE USE OF THE INTERNET AND CELLULAR PHONES TO FURTHER CRIMINAL ACTS ASSOCIATED WITH THIS MATTER

6. Through my training and experience, I am aware of how the Internet, computer, and cell phones are used to further various criminal activities:

   a. Pimps and prostitutes sometimes use social networking sites such as Facebook.com, Instagram, Kik, MocoSpace and other sites to recruit females into prostitution and/or for prostitutes to communicate with customers. These sites are accessible through computers as well as smart phones and tablets.

   b. Pimps, as well as prostitutes who are not "managed" have embraced the internet as a means of advertising services and communicating with customers.

   c. Certain web sites have been created to facilitate communications between prostitutes and their clients. The more notable web site relevant to prostitution in the Eastern District of California is the "Adult Services, Escort" section of "Backpage.com." These web sites allow pictures to be posted as part of advertisements. I have viewed prostitution advertisements on this web site.

   d. Subjects who utilize the internet to post prostitution related advertisements on websites such as "backpage.com" often use photographs in the advertisements. These photographs often show a nude or semi-nude female.

   e. Advertisements for prostitutes often contain codes for the services provided. For

example the term "w4m" means women for men. The term "in-calls only" refer that the prostitute will be providing the location for the sexual transaction. The term "donation" is often used to mean the cost for the sexual transaction.

    f. Pimps and prostitutes attempt to avoid the attention of Law enforcement through the high anonymity provided by the Internet.

    g. When arranging "dates" with clients over the phone, prostitutes rarely discuss the details pertaining to the sexual acts that are to occur until they meet in person.

    h. Prostitutes often stay in motels/hotels while traveling. The prostitutes and pimps travel via rental vehicles, vehicles, airplane, or bus during their travels. The prostitutes and pimps utilize the monies earned during acts of prostitution to purchase food, lodging, clothing and other items.

    i. Prostitutes utilize cellular telephones as a way to be contacted by clients. These phone numbers are included in the advertisements that are posted on the various prostitution assisting web sites. Contact is made through phone calls as well as text messages.

    j. Pimps and their prostitutes communicate with each other through cellular phones regarding prostitution activity. Communication is made through phone calls as well as text messages and sometimes through social networking websites.

## BACKGROUND OF INVESTIGATION

7. On March 30, 2017, at approximately 10:30 P.M., Alycia Leanne Yeoman ("Alycia"), a twenty year old female, was last seen departing a residence located at 1844 Romero Street, Yuba City, in her green colored Toyota pickup truck. Alycia never arrived at her residence in Gridley, California, and failed to arrive for her March 31, 2017, 5:00 A.M. shift at her place of employment.

8. On April 1, 2017, ▮▮▮▮▮▮▮▮, Alycia's father, contacted the Gridley Police Department and reported his daughter missing. The Gridley Police Department began an investigation to locate Alycia. While law enforcement was investigating, family and friends of Alycia independently made attempts to locate her.

3

9. On April 3, 2017, the Gridley Police Department issued a missing person's alert, and media outlets in Northern California, including Sacramento, began reporting on Alycia's disappearance.

10. On April 3, 2017, law enforcement located and recovered Alycia's mobile phone, and her green Toyota pickup truck. The phone was originally found on April 1, 2017 by a jogger who was running along a levee, bordering a walnut orchard near the Feather River, in Live Oak, California. The jogger picked up the phone and subsequently turned it into a Sprint store in Yuba City, California. Alycia's phone was retrieved from Sprint by law enforcement.

11. Alycia's Toyota truck was found in the walnut orchard described above, approximately 50 yards from the levee on which Alycia's mobile phone was found by the jogger. The truck was stuck in the muddy orchard, and Alycia's personal effects, including her purse, were inside.

12. Based on the suspicious circumstances surrounding Alycia's disappearance, law enforcement considered this investigation to be that of a kidnapping, and not simply a missing person. As a result, local and regional media outlets continued their reporting on Alycia's disappearance.

13. A family friend established a Facebook page dedicated to assisting in the location of Alycia, www.facebook.com/findalyciayeoman/, Facebook profile ID 745534188948413 ("**Finding Alycia Facebook**.")

14. On April 4, 2017, at approximately 5:51 P.M., the Finding Alycia Facebook account received a private message from Facebook user "Facia Quinn", Facebook profile ID 100014913791175 ("**Facia Quinn Facebook**.") The message requested contact information for Alycia's parents. "Facia Quinn" was provided telephone number ▓▓▓▓. This phone number belongs to Alycia's mother, ▓▓▓▓ ("▓▓▓▓ **Mobile Phone**".)

15. On April 4, 2017, at approximately 6:04 P.M, while in the State and Eastern District of California, ▓▓▓▓ Mobile Phone received the following two text messages from telephone number 530-739-1015:

   a. "You want to seee(sic) her again pay me or shes (sic) dead. She owes me for stealing my dope.", and

4

    b. "You go to law enforcement ill (sic) know. So you want your pretty little princess back then corporate (sic)."

16. On April 4, 2017, at approximately 7:00 P.M., a Detective Sergeant with the Sutter County Sheriff's Office met with ▮. According to the Detective Sergeant, ▮ was visibly upset, and in fear that her daughter had been kidnapped, as she showed him the messages she received on her phone.

17. According to the Number Portability Administration Center (a telephone number portability registry) telephone number 530-739-1015 was identified as a voice over internet protocol ("VOIP") number, with service provided by Bandwidth Communication. Law enforcement contacted Bandwidth Communication and learned that telephone number 530-739-1015 was being utilized by "Pinger, Inc.[1]," a VOIP provider.

18. Law enforcement contacted Pinger, Inc., and requested subscriber information, and IP history, for the account utilizing telephone number 530-739-1015.

19. On April 4, 2017, Pinger, Inc. provided to law enforcement the subscriber information and connection history for telephone number 530-739-1015. According to Pinger Inc., on April 4, 2017 at 5:25 P.M. Pacific Time, the Pinger account was accessed from the Internet Protocol (IP) address 75.141.194.130.

20. A search of the American Registry for Internet Numbers revealed that IP address 75.141.194.130 belongs to Charter Communications, with service provided in Reno, Nevada.

21. Law enforcement contacted Charter Communications and requested subscriber information for the customer assigned IP address 75.141.194.130, on April 4, 2017 at 6:01 P.M. Pacific Time. In response to the request, Charter Communications identified the subscriber as El Cortez Reno Holdings, 239 W. 2nd Street, Reno, NV, 89501 (the "El Cortez Hotel IP Address.")

22. Additional investigation on telephone number 530-739-1015 identified the number being

---

[1] Pinger is the application developer of Textfree, a proprietary, cross-platform application allowing a smartphone user to send and receive text messages from a telephone number different than that associated with the physical device.

associated with the Facebook account "James Stokes", Facebook profile ID 100016070295255 ("**James Stokes Facebook**.") According to records provided by Facebook, on April 4, 2017 at 6:38:03 P.M., the "James Stokes" Facebook account was accessed from IP address 75.141.194.130, the El Cortez Hotel IP Address. The account was also accessed from the following additional, and unique, IP version 6 (IPv6) addresses:

    a. 2600:1:990c:1a98:fdd9:725b:f323:1f09

    b. 2600:1:9911:b2fb:a634:f4f9:9ec0:801c

    c. 2600:1:9912:ccd5:c624:bcfb:324d:eac6

23. According to records provided by Facebook, on April 4, 2017, the **Facia Quinn Facebook** account was accessed from:

    a. IP address 75.141.194.130, the El Cortez Hotel IP Address, 19 times between the hours of 4:20 P.M and 5:03 P.M.; and

    b. IPv6 addresses 2600:1:9912:ccd5:c624:bcfb:324d:eac6, the same IP address which accessed the **James Stokes Facebook** account, at 4:45 P.M.

24. Using open source and publicly available search tools, the aforementioned IPv6 addresses were identified as being registered to Sprint Corporation, a telecommunications company providing wireless services and that is also an internet service provider.

25. On, or about, April 5, 2017, law enforcement contacted Sprint and requested subscriber information for the customer assigned the aforementioned IPv6 addresses. In response to the request, Sprint provided records showing that the aforementioned IPv6 addresses resolve to the mobile phone bearing cellular telephone number 916-346-0285 (**0285-Phone**), and registered to Rozarri Wadley, 4443 Auburn Boulevard, Sacramento, California. The Sprint records also revealed that during the time period of March 30, 2017 through April 5, 2017 the **0285-Phone** connected to cell towers in the vicinity of the El Cortez Hotel, 239 W. 2nd Street, Reno, Nevada.

26. On April 7, 2017, the Washoe County Sheriff's Office contacted management at the El Cortez Hotel, 239 West 2nd Street, Reno, in the State and District of Nevada, and reviewed the guest

registry for the hotel. Michael Dwayne Wadley Jr. (same last name as Rozarri Wadley, the registered user of the **0285-Phone**) and Samantha Brown, telephone number 916-514-5113, were identified as registered guests and occupants of room 604. In addition, hotel management confirmed that access to the hotel's Wi-Fi and Internet is password protected.

27. On April 7, 2017, law enforcement located advertisements on the Internet website Backpage.com, posting IDs 13816122 and 25649638. As stated above, Backpage.com is a website that is used throughout the country to advertise prostitution on the Internet. Both advertisements contained the phone number 916-514-5113, which was identified as the way to contact the female featured in the advertisement.

28. Law enforcement from the Reno Police Department, Washoe County Sheriff's Office, and the FBI set up an undercover operation to locate and identify the person utilizing telephone number 916-514-5113.

29. A local law enforcement officer acting in an undercover capacity called 916-514-5113 and spoke with a female, later identified as Rozarri Young. During this conversation, Young agreed to provide the undercover officer sexual intercourse in exchange for $120. Young then provided the undercover officer with instructions on where to meet.

30. On April 7, 2017, at approximately 8:33 P.M., the undercover officer contacted Rozarri Young, in the parking lot located at 345 North Arlington Avenue, Reno, Nevada, located less than a quarter of a mile from the El Cortez Hotel. During this contact, Young confirmed that she was the person who previously negotiated the sex act with the undercover officer over the phone. Young was arrested for violating of Nevada Revised Statute, section 201.354, Solicitation for Prostitution, and transported to the Washoe County jail.

31. Young was interviewed by investigators from the Butte County District Attorney's Office[2]. After being read and waiving her Miranda warnings, Young provided the following information:

---

[2] The audio portion of the interview between Young and law enforcement was recorded.

  a. The phone number of Young's mobile telephone is 916-346-0285, the **0285-Phone**;

  b. Young provided the investigators with the pass code allowing access to the **0285-Phone**;

  c. Young provided verbal and written consent[3] for law enforcement to perform a search of the **0285-Phone**;

  d. Young uses the applications Facebook and Pinger on the **0285-Phone**;

  e. Young used the Facebook accounts named "Rozarri Wadley" and "Facia Quinn", the **Facia Quinn Facebook**;

  f. Young was aware that Yeoman was missing;

  g. Young did not kidnap or harm Yeoman;

  h. Young had no idea where Yeoman may be;

  i. Using the **Facia Quinn Facebook**, Young sent the message "Hi. I seen the post on fb. I would like a contact number to Alicia's parents. I have information.";

  j. Using the Pinger application installed on the **0285-Phone**, Young was able to send and receive text messages using the telephone number 530-739-1015. While utilizing this application, Young sent the text messages

    i. "you want to see her again pay me or she's dead. She owes me money for stealing my dope.", and

    ii. "You go to law enforcement ill know. So you want your pretty little princess back then corporate"

  k. Young intended on using PayPal to receive money from the family; and

  l. Young has been residing at the El Cortez hotel with her husband, Michael Wadley.

32. Based on the information Young provided, the **0285-Phone**, more fully described as a LG mobile phone, model LS767, bearing mobile electronic ID number 0898073607095202264,

---

[3] To date, law enforcement has been unable to locate the Consent to Search form which was signed by Young, however, I listened to the audio recording of Young's interview and her verbal consent to search the 0285-Phone is clear and unequivocal.

HEX 35878407914488, phone number (916) 346-0285, was seized as evidence.

33. In addition to obtaining Young's consent to search the **0285-Phone**, on August 9, 2017 this Court issued a federal search warrant, 2:17-SW-673, signed by Magistrate Judge Carolyn K. Delaney, to search the **0285-Phone.**

34. On May 7, 2017, a little more than a month after having gone missing, Alycia's body was recovered from the Feather River, approximately one mile south from where her Toyota truck was located.

35. On December 5, 2017, this Court issued the following federal search warrants, which were signed by Magistrate Judge Carolyn K. Delaney:

   a. 2:17-SW-1035, to search the Facebook account associated with the Facebook user "Facia Quinn", Facebook profile ID 100014913791175 ("**Facia Quinn Facebook**"), an account Young admitted to accessing from the **0285-Phone**, and

   b. 2:17-SW-1033, to search the Facebook account associated with the Facebook user "FindAlyciaYeoman", Facebook profile ID 745534188948413[4], ("**Finding Alycia Facebook.**")

36. On December 13, 2017, Facebook provided records associated with the **Facia Quinn Facebook**. According to the Facebook records:

   a. On April 5, 2017 at 00:21:45 UTC, the **Facia Quinn Facebook** sent a message to Facebook user ███████, Facebook account ███████ which read "Hi i seen the post on fbi would like a contact number to Alycia parents i have information."

   b. On April 5, 2017 at 00:40:15 UTC, the **Facia Quinn Facebook** sent a message to Facebook user ███████ Facebook account ███████, "I have some information i need. Contact number."

   c. On April 5, 2017, beginning at 00:34:23 UTC, the **Facia Quinn Facebook** exchanged

---

[4] The Facebook account bearing Profile ID 745534188948413, has used various Facebook "Vanity Names", or "User Names" during 2017, to include "findalyciayeoman", "Justice for Aly Yeoman", and "k.sannar2."

9

the following messages with the **Finding Alycia Facebook**, Facebook profile ID 7455341889484413[5]:

| | | |
|---|---|---|
| Facia Quinn: | Hi i seen the post on fb i would like a contact number to alycia parents i have information |
| Find Alycia: | I'm her family I can't give out that info. What's your information |
| Find Alycia: | I'm her mother |
| Find Alycia: | Father is on the phone with someone currently. |
| Find Alycia: | I can't give out my cell |
| Facia Quinn: | Ok well ive been waiting on the detextive to return my call. |
| Find Alycia: | We where just at the station they are very busy. What's the information |
| Facia Quinn: | Ok i rather speak to someone on the phone. Just know she is fine and shes embarrased thats shes flying all over social media |
| Find Alycia: | Can she call me. Aly my daughter needs to call me |
| Find Alycia: | She has my cell number |
| Facia Quinn: | Im the one with info ill just wait on the detectives to call me back aly not with me anymore but i know were to find her |
| Facia Quinn: | Shea in trouble and idk who you are really so im not going to gove you any info you could be one of those news reporters giving false info to public |
| Find Alycia: | ▇▇▇▇▇ call me please |

37. As previously identified above, ▇▇▇▇▇ is the father of Aly, and telephone number ▇▇▇▇▇ ▇▇▇▇▇ **Mobile Phone**, is the telephone number used by Aly's mother, ▇▇▇▇▇

38. On December 13, 2017, this Court issued a federal search warrant, 2:17-SW-1061 CKD, signed

---

[5] On January 2, 2018, Facebook provided records associated with the **Finding Alycia Facebook.** The Facebook records for this account also contains the following messages. The text messages are direct quotes and may contain abbreviations and or misspellings.

1    by Magistrate Judge Carolyn K. Delaney, to search the Pinger account associated with the telephone number 530-739-1015, for the time period of March 1, 2017 through May 7, 2017.

39. On December 19, 2017, Pinger provided records associated with the aforementioned search warrant. According to the Pinger records, the Pinger account assigned telephone number 530-739-1015 is associated with the Android ID 35878407914488, the same unique identifier as the **0285-Phone**.

**SIMILAR CONDUCT OUTSIDE THE EASTERN DISTRICT OF CALIFORNIA**

40. During the week of January 22, 2018, I spoke with the Aurora Police Department, located in the city of Aurora, State and District of Colorado, and learned the following:

    a. On July 15, 2016, Sabrina Jones contacted the Aurora Police Department and reported her 16 year old daughter, Lashaya Stine, as missing.

    b. Multiple organizations have assisted with the distribution of "missing person" bulletins throughout the Denver metropolitan area and through the use of social media. These organizations include the National Center for Missing and Exploited Children (NCMEC), "Bring Our Missing Home Inc.," National Missing and Unidentified Persons System (NaMUS), and the Polly Klass Foundation. Information related to Stine's disappearance is easily found on the internet.

    c. On April 3, 2017, the day prior to ▓▓▓▓ being contacted by Rozzari Young, Sabrina Jones began receiving text messages on her cellular phone from phone number 530-739-1015, the same Pinger VoIP number Young used to communicate with ▓▓▓▓ **Mobile Phone**.

    d. Shortly after receiving the initial text messages, Jones received a phone call from 916-346-0285, the **0285-Phone**.

    e. The following details the text messages, and calls, which were exchanged between Jones, the **0285-Phone**, and the Pinger VoIP number 530-739-1015[6] ("-1015"):

---

[6] The text messages are direct quotes and may contain abbreviations and or misspellings. Jones has a signature

| | | | |
|---|---|---|---|
| 1 | -1025 | Text | Hello |
| 2 | Jones | Text | Hello |
| 3 | -0285 | Voice | Telephone call (The call, from 916-346-0285, the **0285-Phone**, was received at approximately 5:51 P.M., local time. Jones heard what sounded like fumbling around. No one said anything and the caller hung up the phone.[7]) |
| 7 | Jones | Voice | Telephone call (At approximately 5:52 P.M. local time, Jones called 916-346-0285, the **0285-Phone**, and the phone was not answered.[8]) |
| 10 | -1025 | Text | Lashaya is safe and well taken care of |
| 11 | Jones | Text | Where is she? Please I miss my daughter so much. I cry everyday |
| 12 | Jones | Text | Please |
| 13 | Jones | Text | I will die without her |
| 14 | Jones | Text | We love her so much 😢😢 |
| 15 | -1025 | Text | Lashaya owe me for loosing my shit you gone pay me back or she gone work for it …and if she try and run off he gone get what he deserve you get police involved youll never see her again |
| 18 | Jones | Text | What does she owe? |
| 19 | Jones | Text | Tell us how much plz! |
| 20 | -1025 | Text | She owes over 2,000 dollars but we can work something out to get her back home im tires of hearing her crying |
| 22 | Jones | Text | Yes plz help me. I will do what I need to do. Plz |
| 23 | Jones | Text | Plzz help me |

---

that is automatically attached to the end of each transmitted text message, which have been omitted.

[7] Evidence of this phone call was located in the **0285-Phone**.

[8] Evidence of this phone call was located in the **0285-Phone**.

| | | | |
|---|---|---|---|
| 1 | Jones | Text | I'm begging u |
| 2 | Jones | Text | Plz I'm begging |
| 3-4 | -1025 | Text | And i must repeat you get the law enforcement involved the deal will be off. |
| 5 | -1025 | Text | What do you have right now |
| 6 | Jones | Text | I won't I promise. Plz I'm begging. I have $1000 right now |
| 7 | -1025 | Text | Ok. How will you get it to me and what time? |
| 8 | Jones | Text | Idk are you in Colorado? |
| 9 | -1025 | Text | No i am not |
| 10 | Jones | Text | Tell me how can I get the money to you? |
| 11-12 | -1025 | Text | We can do wireless transaction and once i receive payment i will leave lashaya by a police department |
| 13-14 | Jones | Text | How do I know you will give her to me? How can I trust that you really have her. And that u will give her back to us? |
| 15-17 | -1025 | Text | I am going to give her back i just need my money and other person Would be asking for more. The fact your daughter went picked up my package and didnt return with it. |
| 18-19 | -1025 | Text | I will not go back and forth texting you so my next text will be options of how youll send the payment |
| 20-21 | -1025 | Text | You don't have to trust me. Your daughter will come home to you or idk what will happen next |
| 22 | -1025 | Text | Are you ready |
| 23-24 | Jones | Text | Plz don't hurt her. I'm getting the money together now. Can u plz send me proof so I know she's ok. Tell her I love her. |
| 25 | Jones | Text | Yes ready |
| 26-27 | -1025 | Text | Your proof is that lashaya got on the bus and same to me and didnt know what she got herself into |

13

| | | |
|---|---|---|
| Jones | Text | Ok. Give me the info plz so I can get her back. |
| Jones | Text | Plz can u send me a picture of her. I haven't seen her in 8 months plz. |
| -1025 | Text | Download square cash on your mobile device |
| Jones | Text | Ok |
| Jones | Text | This app won't allow me to use my prepaid card. It says federal regulations prohibit the use of prepaid cards. I don't have a regular bank. What about western union, moneygram? |
| Jones | Text | Plz send a picture of her …plz |
| -1025 | Text | What type of prepaid card? I may be able to do card to card |
| Jones | Text | Paypal |
| -1025 | Text | I can make pay pal act. |
| Jones | Text | Ok |
| -1025 | Text | What do you need to send? |
| -1025 | Text | I'm using some one act |
| Jones | Text | Hold on let me log on to see what's needed. |
| Jones | Text | Are u able to plz send me a pic so I know she's ok? |
| -1025 | Text | This is an app and she is fine. I will not continue to text back and forth in case you did contact law enforcement. |
| -1025 | Text | She has to go today either way |
| Jones | Text | I didn't contact police. |
| Jones | Text | Plz do you know she is loved so much. She doesn't know a thing about these streets. |
| -1025 | Text | We have 30 minutes to get this done. You want your daughter i want my money |
| Jones | Text | Ok |
| -1025 | Text | Your right she wanted fast money and got herself into this |

14

| | | | |
|---|---|---|---|
| 1 | -1025 | Text | Did you log on |
| 2 | -1025 | Text | Hello |
| 3-6 | Jones | Text | Please u asked me for something now I'm asking u for something. From a mother heart. Can u plz send me a picture of her. Or voice recording so I know she's ok. I need that from u. I am logged on. |
| 7-8 | -1025 | Text | I cannot do so from this app im protexting myself from being traced your time is limited its up to you |
| 9 | Jones | Text | I want my daughter. But this could be a scam. |
| 10 | Jones | Text | I want to make sure |
| 11-12 | -1025 | Text | And i only asked because she owes me. Your choice and time is ticking. Up to you |
| 13-15 | -1025 | Text | A scam no i am not. Now your making me feel like the law enforcement is involved. You want your daughter back alive dont you? |
| 16 | Jones | Text | Yes I do want her. And no police is not involved. |
| 17 | -1025 | Text | Ok im waiting on you |
| 18 | -1025 | Text | If your not going to cooperate with me then don't waist time. |
| 19 | Jones | Text | I want my daughter plz |
| 20 | -1025 | Text | Ok i told you what you have to do |
| 21 | Jones | Text | Ok I'm doing it |

41. Part way through the text exchange, Jones contacted law enforcement. Believing this may be a scam, Jones did not send any money. At this time, Stine remains missing, and the Aurora Police Department is continuing their investigation in attempts to locate her.

## REQUEST FOR SEALING

42. Based on the fact that this Affidavit reveals an ongoing investigation, this document should be sealed until further order of the Court in order to avoid premature public disclosure of the

investigation, guard against flight, prevent the destruction of evidence, and better ensure the safety of agents and others.

43. For the above-stated reasons, I also request that the complaint, arrest warrant, supporting affidavit, request for sealing, and sealing order, be filed and maintained under seal until further order of the Court.

## CONCLUSION

44. Based on the foregoing, there is probable cause to believe Rozarri Verion Young has violated Title 18 U.S.C. § 875(b), Interstate Transmission of a Threat to Injure with Intent to Extort Money, and Title 18 U.S.C. § 875(c), Interstate Transmission of a Threat to Injure.

45. I declare under the penalty of perjury that the foregoing in true and correct to the best of my knowledge information and belief.

_____
ANDREW D. FORRISTEL
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me this 12th day of September, 2018

_____
CAROLYN K. DELANEY
United States Magistrate Judge
Sacramento, California

Approved as to form:

_____
HEIKO P. COPPOLA
Assistant United States Attorney