HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROZARRI YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-205 MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| ROZARRI YOUNG, | ) ) | Date: December 13, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on December 13, 2018 to January 24, 2019, at 10:00 a.m.

Defense counsel requires additional time to review discovery in conjunction with a recently received proffered plea agreement, to examine possible defenses, and to continue investigating the facts of the case.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of the parties stipulation through January 24, 2019, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

Stipulation to Continue    -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 11, 2018

HEATHER E. WILLIAMS
Federal Defender

/s/ M. Petrik
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorney for ROZARRI YOUNG

DATED: December 11, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on January 24, 2019, at 10:00 a.m. Time from the date of the parties stipulation, up to and including January 24, 2019, shall be excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE