HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814-2512
Tel: 916-498-5700/Fax: 916-498-5710
heather_williams@fd.org

Attorney for Defendant
ROZARRI YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-205 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **MOTION TO WITHDRAW THE FEDERAL** |
| vs. | ) **DEFENDER AND ORDER** |
| | ) **GRANTING WITHDRAWAL AND** |
| ROZARRI YOUNG, | ) **APPOINTING COUNSEL** |
| Defendant. | ) |

    The defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel. The Federal Defender, appointed since the Initial Appearance, is unable to continue representing the defendant and moves to withdraw from representation and have Kresta Daly, who is willing to accept appointment, appointed effective February 7, 2019.

DATED: February 8, 2019               HEATHER E. WILLIAMS
                                                       Federal Defender

                                                       */s/ Heather E. Williams*
                                                       HEATHER E. WILLIAMS
                                                       Federal Defender

## **ORDER**

Upon the Federal Defender's Motion and good cause appearing, the Federal Defender's Motion to Withdraw and appointing Kresta Daly, effective February 7, 2019 is granted.

IT IS SO ORDERED.

Dated: February 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE