Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ROZZARI YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROZZARI YOUNG,<br><br>Defendant. | Case No. 2:18-CR-00205-MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Morrison C. England |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Heiko Coppola, and defendant, Rozzari Young, by and through her counsel, Kresta Nora Daly, that the status conference set for April 25, 2019 be vacated. The parties request a new status conference for June 13, 2019.

Defense counsel was recently appointed and requires time to review the discovery and confer with Ms. Young.

///
///
///
///
///

{00028078}

STIPULATION AND ORDER -1- [Case No. 2:18-CR-00205-MCE]

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: April 18, 2019        Respectfully submitted,

BARTH DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for ROZZARI YOUNG

Dated: April 18, 2019     By   /s/ Kresta Nora Daly for
                               HEIKO COPPOLA
                               Assistant United States Attorney

**ORDER**

Upon the stipulation of the parties it is hereby ordered that the status conference of April 25, 2019 is vacated. The status conference will be reset for June 13, 2019. The Court finds excludable time through June 13, 2019 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated: April 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE