Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ROZZARI YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00205-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ROZZARI YOUNG, | Judge: Honorable Morrison C. England |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Heiko Coppola, and defendant, Rozzari Young, by and through her counsel, Kresta Nora Daly, that the status conference set for June 13, 2019 be vacated. The parties request a new status conference for August 22, 2019.

Defense counsel was recently appointed and requires time to review the discovery and confer with Ms. Young.

///

///

///

///

///

{00028528}

STIPULATION AND ORDER -1- [Case No. 2:18-CR-00205-MCE]

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: June 11, 2019  Respectfully submitted,

BARTH DALY LLP

By  /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for ROZZARI YOUNG

Dated: June 11, 2019  By  /s/ Kresta Nora Daly for
HEIKO COPPOLA
Assistant United States Attorney

## ORDER

Good cause having been shown and pursuant to the stipulation of the parties, the status conference of June 13, 2019 is VACATED and CONTINUED to August 22, 2019. The Court finds excludable time through August 22, 2019 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweighs the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated: June 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE