Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, California 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ROZZARI YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROZZARI YOUNG,<br><br>Defendant. | Case No. 2:18-CR-00205-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING FOR TEMPORARY RELEASE**<br><br>Date: October 7, 2019<br>Judge: Honorable Deborah Barnes |

It is hereby stipulated and agreed to between the United States of America, by and through its counsel Assistant United States Attorney Heiko Coppola, and defendant, Rozzari Young, by and through her counsel, Kresta Nora Daly, that the hearing on Ms. Young' motion requesting temporary release be re-set. Counsel for the government is unable to reply to the motion in a timely manner due to military duty.

The hearing is currently set for September 26, 2019 at 2:00 p.m. The parties request it be re-set to October 7, 2019 at 2:00 p.m. The parties further stipulate the Government's response to the defense motion be continued to September 30, 2019.

///

///

///

///

{00029275}

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING        [Case No. 2:18-CR-00205-MCE]

Dated: September 16, 2019     Respectfully submitted,

BARTH DALY LLP

By     /s/ Kresta Nora Daly
       KRESTA NORA DALY
       Attorneys for ROZZARI YOUNG

Dated: September 16, 2019    By    /s/ Kresta Nora Daly for
                                   HEIKO COPPOLA
                                   Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties IT IS ORDERED:

The motion hearing set for September 26, 2019 is vacated. The hearing will be reset for October 7, 2019. The government's response to the defense motion is due September 30, 2019.

**IT IS SO ORDERED.**

Dated: September 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE