1   Kresta Nora Daly, SBN 199689
2   **BARTH DALY LLP**
    2810 Fifth Street
3   Davis, California 95618
    Telephone: (916) 440-8600
4   Facsimile: (916) 440-9610
    Email: kdaly@barth-daly.com
5
    Attorneys for Defendant
6   ROZZARI YOUNG

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:18-CR-00205-MCE

12          Plaintiff,
                                       **STIPULATION AND ORDER TO RESET**
13      v.                             **MATTER**

14  ROZZARI YOUNG,                     Judge: Honorable Morrison C. England

15          Defendant.

16

17

18          It is hereby stipulated and agreed to between the United States of America, by and through

19  its counsel Assistant United States Attorney Heiko Coppola, and defendant, Rozzari Young, by

20  and through her counsel, Kresta Nora Daly, that the hearing on Ms. Young's motion requesting

21  temporary release be dropped from Judge Barnes' October 15, 2019 calendar and added to Judge

22  England's October 17, 2019 calendar.

23  ///

24  ///

25  ///

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

Dated: October 15, 2019          Respectfully submitted,

                                 BARTH DALY LLP


                                 By____/s/ Kresta Nora Daly_____
                                      KRESTA NORA DALY
                                      Attorneys for ROZZARI YOUNG


Dated: October 15, 2019          By____/s/ Kresta Nora Daly for_____
                                      HEIKO COPPOLA
                                      Assistant United States Attorney


## **ORDER**

Good cause appearing, and upon the stipulation of the parties, it is ordered that this matter is dropped from Judge Barnes' October 15, 2019 calendar and added to Judge England's October 17, 2019 calendar.

IT IS SO ORDERED.

DATED: October 16, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA