Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ROZARRI YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROZARRI IYOUNG,<br><br>    Defendant. | Case No. 2:18-CR-00205-MCE<br><br>**ROZARRI YOUNG'S REQUEST TO SEAL AND PROPOSED SEALING ORDER** |

PLEASE TAKE NOTICE that Rozarri Young moves the Court for an order sealing her medical records which are attached as an exhibit to her motion for compassionate release.

The application is made upon the grounds that good cause exists to file the documents under seal.

Mr. Corbett requests the documents remain sealed until further order of this Court. Other parties outside of Mr. Corbett's defense team have not been served with the submitted objection and attached documents as it is ex parte for the reasons stated above.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file her confidential and sensitive medical records under seal.

Dated: March 29, 2021

By     s/ Kresta Daly
KRESTA NORA DALY
Attorneys for Rozarri Young

Good cause having been shown, the Court hereby orders the Exhibit B to Rozarri Young's Motion for Compassionate Release sealed.

IT IS SO ORDERED.

Dated: April 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
Attorneys At Law
Davis, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28