| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | HEIKO P. COPPOLA |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:18-CR-00205-MCE |
| | Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| | v. | |
| ROZARRI YOUNG, | | |
| | Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On April 2, 2021, the defendant filed a motion for compassionate release. Docket No. 73. The government's response is due on April 15, 2021, with any reply from the defendant due on April 22, 2021. Docket No. 76.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before April 27, 2021;

STIPULATION RE BRIEFING SCHEDULE 1

b)  The defendant's reply to the government's response to be filed on or before May 4, 2021.

IT IS SO STIPULATED.

Dated: April 23, 2021                    PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         /s/ HEIKO P. COPPOLA
                                         HEIKO P. COPPOLA
                                         Assistant United States Attorney

Dated: April 23, 2021                    /s/ KRESTA DALY
                                         KRESTA DALY
                                         Counsel for Defendant
                                         ROZARRI YOUNG

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)  The government's response to the defendant's motion, Docket No. 73, is due on or before April 27, 2021;

b)  The defendant's reply to the government's response, if any, is due on May 4, 2021.

IT IS SO ORDERED.

Dated: April 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE