Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
ROZARRI YOUNG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROZARRI YOUNG,<br><br>Defendant. | Case No. 2:18-CR-00205-MCE<br><br>**STIPULATION AND ORDER RE-SETTING BRIEFING SCHEDULE** |

   Ms. Young requests that her reply to the Government's Opposition to her Motion for Compassionate Release be re-set to May 11, 2021. The government does not oppose this request.

Dated: May 3, 2021

                         By    s/ Kresta Daly
                         KRESTA NORA DALY
                         Attorney for Rozarri Young

---

1                                                                        2:18-cr-00205-MCE

Dated: May 3, 2021

                Philip Talbert
                Acting United States Attorney
                By    s/ Kresta Daly
                    HEIKO COPPOLA
                Attorney for Plaintiff

### Order

Good cause appearing Defendant's reply brief, if any, is due May 11, 2021. IT IS SO ORDERED.

Dated: May 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE