IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:18-cr-00205-TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R**  **APPOINTING COUNSEL** |
| vs. | ) | |
| ROZARRI V. YOUNG, | ) | |
| Defendant. | ) | |

The above-named Defendant has, under oath, sworn or affirmed the financial inability to employ counsel or has otherwise satisfied this Court that they are financially unable to obtain counsel and wishes counsel be appointed to representation for a potential Early Termination Motion. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Kresta Daly represent the above defendant in this case effective *nunc pro tunc* to January 17, 2025, the day they began working on this stage of the case.

This appointment shall remain in effect until further order of this Court.

Date: January 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

-1-